IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY RICHARDSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:24-cv-642-ECM |
| | ) | |
| BJORN O. HENDRICKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Now pending before the Court is the Report and Recommendation of the Magistrate Judge (the "Recommendation") (doc. 68) which proposes, *inter alia*, that this case be dismissed for failure to state a claim upon which relief can be granted. On December 16, 2025, Bobby Richardson and Credit Yourself, LLC (the "Plaintiffs") filed, without leave, a second amended complaint. (*See* doc. 69). The Court construes the second amended complaint as including a motion for leave to amend.

Upon review, and for good cause, the Court finds the Plaintiffs' construed motion for leave to amend the complaint (doc. 69) is due to be GRANTED. Because the Recommendation concerned a motion for default (doc. 53) related to the previous complaint (doc. 14), the Court finds the Recommendation (doc. 68) is due to be REJECTED as moot. Likewise, the Defendant's motion for default (doc. 53) is due to be DENIED as moot.

Accordingly, and for good cause, it is

ORDERED as follows:

1. The Plaintiffs' construed motion for leave to amend the complaint (doc. 69) is GRANTED.

2. The Recommendation (doc. 68) is REJECTED as moot.

3. The Plaintiffs' motion for default judgment (doc. 53) is DENIED as moot.

DONE this 15th day of January, 2026.

                                                 /s/ Emily C. Marks  
                                             EMILY C. MARKS  
                                             CHIEF UNITED STATES DISTRICT JUDGE